U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 OCT 13 PM 3:56

CLERK
BY ___AL___
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 2:22-cr-111-1
)
LEON DELIMA, )
    Defendant. )

INDICTMENT

The Grand Jury charges:

Count One

On or about July 2, 2022, in the District of Vermont, the defendant LEON DELIMA, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, to wit: a Heckler and Koch USP40 Compact .40 caliber pistol.

(18 U.S.C. § 922(g)(1))

1

## Count Two

On or about July 2, 2022, in the District of Vermont, the defendant LEON DELIMA knowingly and intentionally possessed with the intent to distribute cocaine, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

Forfeiture Notice

Upon conviction of the offense alleged in violation of Title 18, United States Code, Section 922(g) set forth above in Count One, LEON DELIMA shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, including, but not limited to a Heckler and Koch USP40 Compact .40 caliber pistol, serial number 26-110382.

(18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c))

A TRUE BILL



FOREPERSON

NIKOLAS P. KEREST (EAPC)
United States Attorney
Burlington, Vermont
October 13, 2022